UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEO CEDAR JONES,<br>       Plaintiff,<br><br>     v.<br><br>CITY OF OAKLAND,<br>       Defendant. | Case No. 3:23-cv-00166-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 28 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: November 6, 2023

_____
WILLIAM H. ORRICK
United States District Judge